UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Jeremy R Askew
Lisa J Burke-Askew

Debtor(s)

Case No. 20-17570 / MBK

Hearing Date: October 6, 2020 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**Proof of 2 month's income - for Debtor for July & August , 2020.**

**A copy of the homeowner's insurance renewal declaration - that shows name and address.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): Verified income leaves monthly disposable income of $807.89.**

**Need to file Pre-Confirmation Certification.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Mary Krieger, Staff Attorney