| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SADEK & COOPER<br>1315 Walnut Street, Suite 502<br>Philadephia, PA 19107<br>(856) 890-9003; Fax (215) 545-0008<br>Attorneys for Debtor(s) | |
| In Re:<br><br>Jeremy Askew<br>Lisa Askew | Case No.:  20-17570 (MBK)<br><br>Judge:  Michael B. Kaplan<br><br>Chapter:  13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by  Chapter 13 Trustee ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor(s) were out of work for a period of time due to the birth of their son and there were some health complications. Debtor husband has returned to work and Debtor wife return to work September 22, 2021. Debtor(s) propose an immediate payment of $300.00 and will resolve the balance of the arrears through the Plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 9, 2021            /s/ Jeremy Askew
                                    Debtor's Signature

Date: September 9, 2021            /s/ Lisa Askew
                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*